## Geiger v. Keystone Maintenance Company et al., Appellants.

Argued September 14, 1967. David L. Pennington, with him Liebert, Harvey, Bechtle, Herting and Short, for appellants; Gustine J. Pelagatti, for appellee.

Order affirmed.

December 15, 1967

## Commonwealth v. Maybee et al., Appellants.

Submitted November 13, 1967. Daniel T. Zamos and Anthony C. Troiano, Assistant Defenders, and George H. Ross, Defender, for appellant; Edwin J. Martin and Charles B. Watkins, Assistant District Attorneys, and Robert W. Duggan, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.